UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY HUNT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORECIVIC, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-01164-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* EXPERT DISCOVERY CUTOFF DATE<br><br>(Docs. 7, 17) |

　　Pending before the Court is the parties' stipulated request to extend the expert discovery deadline only to the extent of taking and completing the deposition of Dr. Lucy Iskander and obtaining subpoenaed documents from Plaintiff's physicians, filed on September 12, 2025. (Doc. 17). The parties represent that on September 8, 2025, Plaintiff agreed to stipulate to extend the expert discovery deadline after counsel for Defendant did not receive a response from Dr. Iskander as to whether she would appear for her deposition on August 29, 2025, or produce all subpoenaed documents. *Id.* at 2-3. The parties further represent that Paul Gleason, lead counsel for Defendant who will be taking the deposition of Dr. Iskander, will be out of the country and unavailable to take the deposition from September 19, 2025, to October 20, 2025. *Id.* at 3.

　　Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). That rule further provides, "Requests for Court-approved extensions brought on the

required filing date for the pleading or other document are looked upon with disfavor." *Id.*

While the Court finds good cause to grant the parties' request, under Local Rule 144, the parties were required to seek the extension before the September 10, 2025, deadline to complete expert discovery—not after that deadline. The Court disfavors granting relief *nunc pro tunc* and admonishes the partes to exercise better care and to adhere to this Court's Local Rules in all future filings.

**Conclusion and Order**

Accordingly, for the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that the expert discovery deadline, presently set for September 10, 2025, is extended *nunc pro tunc* to **November 21, 2025**, only to the extent of taking and completing the deposition of Dr. Lucy Iskander and obtaining subpoenaed documents from Plaintiff's physicians

All other case management dates (Doc. 7) shall remain unchanged.

IT IS SO ORDERED.

Dated:   **September 15, 2025**

UNITED STATES MAGISTRATE JUDGE